UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN FAMILY TRUST,<br><br>  Plaintiff,<br><br>  v.<br><br>CARMAN CHAIREZK,<br><br>  Defendant. | No. 2:14-cv-97 JAM AC PS<br><br><br>ORDER |

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 5, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. On February 11, 2014 plaintiff filed what the court construes as a request for clarification of the magistrate judge's findings and recommendations. Plaintiff asks that the order of dismissal clarify to which state action the present case is referring.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The findings and recommendations filed February 5, 2014, are adopted in full;

3  2. This action is remanded to the San Joaquin County Superior Court in Case No. 39-
2013-00303361-CL-UD-MAN for lack of subject matter jurisdiction.

DATED: April 15, 2014

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE